UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | | |
|---|---|---|
| **Carla Benavides** | | § § § |
| | *Plaintiff* | § § § § |
| v. | | §  CIVIL NO.: 2:16-CV-185-SWS § |
| **The Prudential Insurance Company of America** | | § § § |
| | *Defendant* | § § § |

### JOINT NOTICE OF SETTLEMENT

Plaintiff Carla Benavides and Defendant The Prudential Insurance Company of America jointly notify the Court that this case has settled.

The parties request that they be excused from any future settings while they finalize the settlement. The parties anticipate filing a Stipulation of Dismissal on or before May 19, 2017.

                                      Respectfully submitted,

                                      By:/s/ *Lloyd E. Bemis*
                                      Lloyd E. Bemis (*pro hac vice*)
                                      BEMIS ROACH & REED
                                      4100 Duval Road
                                      Building 1, Suite 200
                                      Austin, TX 78759 512/454-4000
                                      Fax: 512/453-6335
                                      Email: lbemis@brrlaw.com

                                      Jessica Rutzick
                                      JESSICA RUTZICK & ASSOCIATES
                                      60 East Simpson P O Box 4114
                                      Jackson, WY 83001 307/733-8140
                                      Fax: 307/733-8139
                                      Email: jrutzick@rutzicklaw.com

                                      And

By: <u>/s/John Coppede (with permission)</u>
John Coppede
State Bar No. 5-2485
Hickey & Evans, LLP
1800 Carey Avenue, Suite 700
P.O BOX 467
Cheyenne, WY 82003
(307)638-7335
(307)634-1525
(312)460-7234 (Fax)
jcoppede@hickeyevans.com

*For Defendant*